**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.  No. 4:11-CR-00102-BRW

BOBBY THOMPSON

**FINAL ORDER OF FORFEITURE**

In the Court's September 9, 2013 Preliminary Order of Forfeiture, Bobby Thompson was ordered to forfeit his interest in a DELL Inspiron 530 computer (serial number 9SM3GG1) and a Western Digital Caviar SE 16 HDD (serial number WMASY1733601) (collectively the "forfeited property"), and everyone else had 30 days to make a claim on the property.[1] I also noted that unless someone made a third-party claim on the forfeited property, the Preliminary Order would become final once Mr. Thompson was sentenced.

Mr. Thompson has been sentenced and the time to make third-party claims passed without any being made. Accordingly, the Preliminary Order of Forfeiture is final and the United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property must be turned over to the United States Marshals Service to be disposed of according to law.

IT IS SO ORDERED this 27th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 78.